**Exhibit A to the Complaint**

**Location:** Amesbury, MA  **IP Address:** 73.123.156.229
**Total Works Infringed:** 31  **ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 4A1BE0D632B479CEF1027B3462ABADD3B041C51F | 02/04/2025 07:22:53 | Blacked | 01/23/2025 | 02/18/2025 | PA0002516125 |
| 2 | 05b72f9fe884778d6750c21ee229c3b4ba742933 | 02/05/2025 16:47:30 | Blacked Raw | 11/20/2023 | 12/12/2023 | PA0002444867 |
| 3 | FE55BE1957101AFF73FBD64E07ACED821BB68BF1 | 02/04/2025 02:58:48 | Milfy | 06/12/2024 | 09/09/2024 | PA0002491143 |
| 4 | 1bf83c97cb3a62427a131fafde2e6bc7d3feba75 | 02/04/2025 00:03:23 | Blacked | 08/31/2024 | 09/17/2024 | PA0002490361 |
| 5 | 64429BC7D93EA1BF9B5B727FDEEBEB081C5DA541 | 12/06/2024 16:49:09 | Blacked Raw | 11/25/2024 | 12/13/2024 | PA0002506320 |
| 6 | F9BDF44736AFF092B4836E7595C9198C6FA74741 | 12/06/2024 16:41:54 | Blacked | 11/26/2022 | 12/11/2022 | PA0002384739 |
| 7 | 35130E1F82E004A97FF9B45E20D95799E1C58E38 | 12/06/2024 16:40:28 | Blacked | 05/21/2022 | 06/27/2022 | PA0002354986 |
| 8 | 8d3968b6990de536e9ef5529a29c330e122f23c8 | 08/14/2024 12:20:16 | TushyRaw | 08/23/2023 | 09/18/2023 | PA0002431079 |
| 9 | 6BFA6E3A8D77EB32F20EE6F72B423946BC0DF624 | 08/12/2024 01:15:20 | Blacked Raw | 08/20/2018 | 09/05/2018 | PA0002135002 |
| 10 | 98AD85E01C0CD3FCDD228AE223DFC322C4AAABED | 08/11/2024 22:25:41 | Blacked | 08/13/2017 | 08/17/2017 | PA0002077675 |
| 11 | 51f6f83587cf4b6c7d50fd90521dffc2d0743b8b | 07/04/2024 19:05:25 | Blacked | 02/19/2020 | 03/18/2020 | PA0002241617 |
| 12 | 2B14A70FD94ED5B87CAEDAA0533D289AA32AFB54 | 07/01/2024 21:40:21 | Blacked Raw | 01/01/2024 | 01/16/2024 | PA0002449432 |
| 13 | AB96F2DB81117B5E0100384CD115BCAA8F9F4AB5 | 07/01/2024 21:37:19 | Blacked Raw | 08/07/2023 | 08/17/2023 | PA0002425526 |
| 14 | D9D453CA10A11F235D92278E4484BBE5A2B5A9F1 | 07/01/2024 21:36:53 | Blacked Raw | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 15 | B81C9C0A0574CF67B8A99A4C0C11CD4AD413BEAD | 07/01/2024 21:35:12 | Blacked | 12/16/2023 | 01/16/2024 | PA0002449250 |
| 16 | CB2DFA0AAD1EFA854A084931AEE92BF58301606B | 07/01/2024 21:33:44 | Blacked Raw | 02/19/2024 | 03/12/2024 | PA0002459223 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 9e41664c5580ed151df4535ca0b8008f345c93e9 | 06/11/2024 23:06:49 | Vixen | 01/04/2020 | 01/27/2020 | PA0002223959 |
| 18 | DA3F5AD2CDF5E89FD7AD243EF8B55AA54FE499C8 | 06/11/2024 22:53:54 | Blacked Raw | 03/08/2018 | 04/17/2018 | PA0002116094 |
| 19 | 1B02C5FD0BD43D66CA7F1862752B7D33093B13BA | 06/11/2024 22:52:33 | Blacked | 12/31/2019 | 01/27/2020 | PA0002223957 |
| 20 | 6AECD64092F17E9085560DDF13411F5C617EA4B6 | 06/11/2024 22:47:55 | Tushy | 11/28/2021 | 02/14/2022 | PA0002335497 |
| 21 | fd202be3d3e7d6c13f788677e2d2fe25c1e89635 | 05/30/2024 20:01:37 | Blacked Raw | 12/08/2018 | 12/18/2018 | PA0002141919 |
| 22 | 69a59977ca0d2a353b7042ffeb4dc60237c13a7e | 05/29/2024 07:45:53 | Blacked | 04/17/2021 | 06/09/2021 | PA0002295585 |
| 23 | ba107630ea68ccf18d690a0a50b1823e6247bcac | 05/25/2024 00:43:11 | Blacked | 11/16/2017 | 11/21/2017 | PA0002098042 |
| 24 | 238F3CAB67F035AAC2B4C46923C4755DA438275F | 05/06/2024 00:52:43 | Blacked Raw | 10/02/2023 | 10/18/2023 | PA0002435277 |
| 25 | 70404F294DC3C1E6C1D71FD358C5C63615C149D5 | 05/06/2024 00:49:40 | Vixen | 10/27/2023 | 12/05/2023 | PA0002443585 |
| 26 | 4CA85C31A92885371C6FDDAC1BB42A29E1CF9768 | 05/06/2024 00:45:04 | Milfy | 05/01/2024 | 06/20/2024 | PA0002477047 |
| 27 | 36D5287A30C4EC5462118364D97BDC025FEA7623 | 08/05/2023 06:24:49 | Blacked Raw | 11/21/2018 | 12/18/2018 | PA0002141915 |
| 28 | 46c6511054428de786d4610dc5009d6f6eeec7f8 | 08/05/2023 00:16:12 | Vixen | 10/21/2022 | 11/01/2022 | PA0002378075 |
| 29 | a3fe9a83f55a38b585d5035ceac9aa1bbae8d4c8 | 08/05/2023 00:14:48 | Vixen | 05/19/2023 | 06/09/2023 | PA0002415364 |
| 30 | 34F1BD82F61B7AECAE65BF2B8BB5E672153A337B | 01/21/2023 03:49:26 | Blacked Raw | 01/14/2023 | 01/27/2023 | PA0002393084 |
| 31 | AD6175D24714049B246E2C2976BED4EA9FEC2F8A | 01/21/2023 03:22:11 | Blacked Raw | 01/09/2023 | 01/27/2023 | PA0002393075 |